UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

**Lisa G. Rich**                                             Chapter 13
        **Debtor**                                    Case Number 17-00884
_____/                Honorable John T. Gregg

## ORDER MODIFYING THE AUTOMATIC STAY

NOW COMES the Creditor, Fifth Third Mortgage Company ("Creditor"), by and through its attorneys, Orlans PC, having filed a Motion for Relief from the Automatic Stay with respect to the property located at 282 East 12th Street, Holland, MI 49423, along with the Debtor, Lisa G. Rich, by and through her attorney, Michael Patrick Hanrahan, and the Chapter 13 Trustee Brett N. Rodgers; and the parties having reached a resolution to the Motion of Relief from the Automatic Stay; the Court having reviewed the Stipulation for Order Modifying the Automatic Stay; and the Court being fully advised on the premises:

IT IS HEREBY ORDERED that in the event that Debtor fails to timely make any future Chapter 13 plan payments, the Creditor may submit a notice of default, served upon Debtor and Debtor's attorney and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Creditor may submit an Order Granting Relief from the Automatic Stay to the Bankruptcy Court and the automatic stay may be thereafter lifted without a further hearing or notice.

IT IS FURTHER ORDERED that Debtor shall be limited to two (2) opportunities to cure defaults. Should a third default occur, then the Creditor may submit an Order Granting Relief from the Automatic Stay to the Bankruptcy Court along with an affidavit attesting to a failure to make payments, and the automatic stay may be thereafter lifted without a further hearing or notice.

IT IS FURTHER ORDERED that the Creditor may file a supplemental secured proof of claim/post-petition fee notice in the amount of $1,031.00, subject to Debtor's right to review and/or object under 11 U.S.C. §502 and Fed. R. Bankr. P. 3002.1.

END OF ORDER

Prepared by:
Elizabeth M. Abood-Carroll, Esq.  P46304
Orlans PC
Attorneys for Fifth Third Mortgage Company
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: eabood-carroll@orlans.com

**Signed: January 11, 2018**




John T. Gregg
United States Bankruptcy Judge